PROB 12C
(7/93)

Report Date: March 12, 2010

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Ignacio Junior Salazar | Case Number: 2:07CR06015-001 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge | |
| Date of Original Sentence: 4/18/2008 | |
| Original Offense: Possession of Controlled Substance: Methamphetamine, 21 U.S.C. § 844(a) | |
| Original Sentence: Prison - 36 Months; TSR - 12 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: 12/18/2009 |
| Defense Attorney: Diane E. Hehir | Date Supervision Expires: 11/1/2010 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition #18**: The defendant shall reside in a residential reentry center for a period of up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring, but not to include GPS) at the direction of the CCM or USPO. The defendant shall abide by the rules and requirements of the facility. Defendant shall remain at the facility until discharged by the Court.

**Supporting Evidence**: Ignacio Salazar Jr., is considered in violation of his term of supervised release as he was terminated from the residential reentry center (RRC) on or about March 12, 2010.

The defendant was ordered by the Court to serve up to 180 days at an RRC as part of his sanction for his previous supervision violations. Mr. Salazar entered the Franklin County RRC on December 18, 2009. He was terminated and removed from the facility on March 12, 2010, after having disciplinary issues at the RRC. Per Correctional Officer Garcia, the defendant wanted a document signed which the officer could not sign. The defendant became agitated, got angry, and began cussing. This is the second incident between the defendant and this officer. The RRC staff have advised Mr. Salazar is easily agitated and is considered a safety concern; therefore, he was removed from the facility.

Prob12C
Re: Salazar, Ignacio Junior
March 12, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 12, 2010

s/SanJuanita B Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/12/10
Date